UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD JON HILL,

    Defendants.
_____/

Case No. 2:14-mj-12

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 19, 2014, for an initial appearance on a complaint alleging Possession with Intent to Distribute Methamphetamine. At that time, the government moved for detention of the defendant, which was supported by a recommendation from Pretrial Services. Defendant reserved the right to request a detention hearing at a later date. Accordingly, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Date: March 20, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge